In the Matter of the Accounting of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al., as Executors of WILLIAM H. NELSON, Deceased.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under the Will of WILLIAM H. NELSON, Deceased, et al., Appellants.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor of WILLIAM H. NELSON, Deceased, et al., Respondents.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 255.)

GEORGE F. MURPHY et al., Appellants, *v.* WILBUR K. HITCHCOCK et al., Respondents.

(Submitted September 30, 1935; decided October 8, 1935.)

*Henry J. Logan* and *A. H. F. Seeger* for motion.
*Oliver H. King* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.